**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
DMYTRO ISCHENKO, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiffs,

-against-

BIG APPLE INSTITUTE, INC. a/k/a BIG APPLE ACADEMY, BECEC, INC. d/b/a BAMBI DAY CARE CENTER, DOLPHIN SPORTS SCHOOL INC. d/b/a DOLPHIN SWIMMING SCHOOL, VLAD GORNY, YEVGENY ROYZENGURT and BRONISLAV LEYDIKER, Jointly and Severally,

                    Defendants.
-------------------------------------------------------------------x

Case No. 22-cv-02435(EK)(JRC)

**NOTICE OF ACCEPTANCE OF DEFENDANTS OFFER OF JUDGMENT PURSUANT TO RULE 68**

PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff DMYTRO ISCHENKO through their undersigned counsel, hereby accept and provide notice that they have accepted defendants BIG APPLE INSTITUTE, INC. A/K/A BIG APPLE ACADEMY, BECEC, INC. D/B/A BAMBI DAY CARE CENTER, DOLPHIN SPORTS SCHOOL INC. D/B/A DOLPHIN SWIMMING SCHOOL, VLAD GORNY, YEVGENY ROYZENGURT AND BRONISLAV LEYDIKER (collectively "Defendants") Offer of Judgment to Plaintiffs dated July 25, 2022, attached hereto as Exhibit A.

Dated: Brooklyn, New York
       July 28, 2022

                                       **LAW OFFICES OF ILYA FISHKIN, P.C.**

                                       <u>/s/  Marcus Aurelius Nussbaum</u>
                                       By: Marcus A. Nussbaum, Esq. (MN 9581)
                                       Ilya Fishkin, Esq. (IF 4948)
                                       169 Commack Road, Ste. H371
                                       Commack, New York 11725
                                       Tel: 201-956-7071
                                       Fax: 347-572-0439
                                       marcus.nussbaum@gmail.com
                                       *Attorneys for Plaintif*