FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 02 2022 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DMYTRO ISCHENKO, Individually and on
Behalf of All Others Similarly Situated,

                       Plaintiffs,          JUDGMENT
      v.                                           22-cv-02435(EK)(JRC)

BIG APPLE INSTITUTE, INC. a/k/a BIG APPLE
ACADEMY, BECEC, INC. d/b/a BAMBI DAY
CARE CENTER, DOLPHIN SPORTS SCHOOL
INC. d/b/a DOLPHIN SWIMMING SCHOOL,
VLAD GORNY, YEVGENY ROYZENGURT
and BRONISLAV LEYDIKER, Jointly and Severally

                       Defendants.
-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 29, 2022; and Defendants BIG APPLE INSTITUTE, INC. A/K/A BIG APPLE ACADEMY, BECEC, INC. D/B/A BAMBI DAY CARE CENTER, DOLPHIN SPORTS SCHOOL INC. D/B/A DOLPHIN SWIMMING SCHOOL, VLAD GORNY, YEVGENY ROYZENGURT AND BRONISLAV LEYDIKER having offered to allow entry of judgment to be taken against them jointly and severally and in favor of Plaintiff DMYTRO ISCHENKO, in the total amount of Eighty-Five Thousand Dollars ($85,000.00) including all attorneys' fees and costs now accrued; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff DMYTRO ISCHENKO and against Defendants BIG APPLE INSTITUTE, INC. A/K/A BIG APPLE ACADEMY, BECEC, INC. D/B/A BAMBI DAY CARE CENTER, DOLPHIN SPORTS SCHOOL INC. D/B/A DOLPHIN SWIMMING SCHOOL, VLAD GORNY, YEVGENY ROYZENGURT AND BRONISLAV LEYDIKER, jointly and severally, in the total t in the amount Eighty-Five Thousand Dollars ($85,000.00).

The Judgment amount shall now be released by the Plaintiff's Counsel from the escrow account and shall make the payments as follows:

1. A sum of $45,000.00 payable to Plaintiff DMYTRO ISCHENKO for all damages, losses, and interest incurred by Plaintiff through this date, including but not limited to any claims Plaintiff may have for monetary damages, back pay, front pay, liquidated damages, penalties, prejudgment interest and all other damages, whether monetary or equitable; and

2. A sum of $40,000.00 payable to LAW OFFICES OF ILYA FISHKIN, P.C. for reasonable attorney's fees, costs, and expenses.

Dated: Brooklyn, New York　　　　　　　　　　Brenna B. Mahoney
　　　　　August 2, 2022　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By:　　*/s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk